# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSEPH S. MARTON, JR.<br>KARA S. MARTON<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　　vs.<br>PNC BANK NA<br><br>　　　　Respondents | Case No. 18-22150JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

　　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PNC BANK NA                                               Court claim# NC/Trustee CID# 6
POB 94982
CLEVELAND, OH 44101

The Movant further certifies that on 05/12/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

　　　　　　　　　　　　　　　　/s/ Ronda J. Winnecour
　　　　　　　　　　　　　　　　RONDA J WINNECOUR PA ID #30399
　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE WD PA
　　　　　　　　　　　　　　　　600 GRANT STREET
　　　　　　　　　　　　　　　　SUITE 3250 US STEEL TWR
　　　　　　　　　　　　　　　　PITTSBURGH, PA  15219
　　　　　　　　　　　　　　　　(412) 471-5566
　　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JOSEPH S. MARTON, JR., KARA S. MARTON, 311 SHELDON AVENUE, FAIRCHANCE, PA  15436

ORIGINAL CREDITOR:
PNC BANK NA, POB 94982, CLEVELAND, OH  44101

NEW CREDITOR:

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA  15401