**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Joseph S. Marton, Jr.<br>            Kara S. Marton<br>                              Debtors(s)<br>                    v.<br>PNC Bank, N.A.<br>                         Secured Creditor | BK. NO. 18-22150 JAD<br><br>CHAPTER 13 |

## CONSENT ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Consent Order:

WHEREAS, PNC Bank, N.A. ("PNC") holds a secure claim in the property located at 311 Sheldon Avenue, Fairchance, PA 15436;

WHEREAS, a Notice of Funds on Reserve was filed indicating that PNC has informed the Trustee that the account has been paid in full; (Doc. 77)

WHEREAS, it appears that the correspondence from PNC to the Chapter 13 Trustee inadvertently contained an incorrect claim number;

WHEREAS, although PNC did not file a proof of claim, PNC's secured claim has not been paid in full;

WHEREAS, the parties enter into this Consent Order to resolve this matter and direct the Chapter 13 Trustee to resume post-petition payments to PNC.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The principal balance of PNC's secured claim is $59,884.05 (this figure does not include interest, fees, and costs).

2. PNC's secured claim is being paid on a long-term continuing basis and is not being paid in full through the Chapter 13 plan.

3. The current monthly payment owed to PNC is $389.15 starting 4/20/2021.

4. The last post-petition payment made by the Chapter 13 Trustee to PNC was in April 2020. Since then, the Trustee has placed funds on reserve and is authorized to disburse the funds on reserve, with all payment changes of record implemented, to PNC for the post-petitions payments for 7/20/2020 to present.

5. As of the date of this order, the Chapter 13 Trustee shall resume monthly post-petition payments to PNC in the amount of $389.15, subject to all future payment change notices of record.

6. The pre-petition arrears in the amount of $515.38 have been cured.

Consented to by:

| | |
|---|---|
| **/s/ Daniel R. White**_____ | **/s/ Maria D. Miksich**_____ |
| Daniel R. White, Esq. | Maria D. Miksich, Esq., PA ID 319383 |
| PA ID # 78718 | KML Law Group, P.C. |
| 18 Mill Street Square | 701 Market Street, Suite 5000 |
| Uniontown, PA 15401 | Philadelphia, PA 19106 |
| Phone: 724-439-9200 | Phone: (412-430-3589) |
| Email: dwhite@zeblaw.com | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED.

By the Court,


_____ J.