**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/14/2021

IN RE:

JOSEPH S. MARTON, JR.
KARA S. MARTON
311 SHELDON AVENUE
FAIRCHANCE,  PA  15436
XXX-XX-5344            Debtor(s)

XXX-XX-1319

Case No. 18-22150 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/14/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3564 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP  AUTO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WELLS FARGO BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*344.96x(60+2)=LMT*$0ARRS/CL-PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7509 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number: 5   INT %: 4.79%<br>Court Claim Number: 2<br>CLAIM: 5,914.51<br>COMMENT: 5914@4.79%/PL*910/CL-PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1629 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: PMT/OMNIBUS DECL-PL*DKT4LMT*2ND | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5816 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=9551.24 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1190 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: PMT/DECL-PL*DKT4LMT*BGN 6/18 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1462 |
| **WVU TIAA CREF FINANCIAL SERVICES**<br>PO BOX 1259<br>CHARLOTTE, NC  28201 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL@LTCD*STUDENT LN? | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **ALBERT GALLATIN ASD & FAIRCHANCE BORO (**<br>C/O SWRTB - DLNQ YRS*<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA  15683 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 3,085.45<br>COMMENT: CL9GOV*$/PL-CL*15-17/SCH-PL-CL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5344 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BANK OF AMERICA NA\*\*** <br> PO BOX 15102 <br> WILMINGTON, DE 19886-5102 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 8 | CLAIM: 1,845.31 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2755 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 7 | CLAIM: 8,187.50 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3866 |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 15298 <br> WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9530 |
| **CHASE(\*)** <br> C/O JPMORGAN CHASE BANK NA <br> PO BOX 15368 <br> WILMINGTON, DE 19850 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~AMAZON/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5811 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 10 | CLAIM: 4,175.65 <br> COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0359 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 11 | CLAIM: 4,619.50 <br> COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4690 |
| **DISCOVER BANK(\*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 4 | CLAIM: 7,358.81 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6981 |
| **DISCOVER BANK(\*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 5 | CLAIM: 6,032.83 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9300 |
| **US DEPARTMENT OF EDUCATION** <br> C/O FEDLOAN SERVICING <br> PO BOX 790234 <br> ST LOUIS, MO 63179 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 17-2 | CLAIM: 106,302.90 <br> COMMENT: AMD | CRED DESC: UNSECURED/LATE FILED <br> ACCOUNT NO.: 5344 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR~JCP/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3564 |

# CLAIM RECORDS

| Creditor | Claim Info | Description |
|---|---|---|
| **ECAST SETTLEMENT CORP**<br>POB 29262<br><br>NEW YORK, NY  10087-9262 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:15-2<br><br>CLAIM: 1,428.46<br>COMMENT: SYNCHRONY/LOWE'S*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6736 |
| **SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 229.79<br>COMMENT: PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7917 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 5,696.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0972 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 8,664.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5214 |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5507 |
| **SIMMONS BANK**<br>PO BOX 6609<br><br>PINE BLUFF, AR  71611 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 4,056.07<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3144 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SLATE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4706 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br><br>DES MOINES, IA  50328 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 1,004.45<br>COMMENT: $/PL-CL*THRU 5/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1462 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:NC<br><br>CLAIM: 530.00<br>COMMENT: $/PL*2ND | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5816 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 7,638.00<br>COMMENT: CL18GOV*$/CL-PL@0%/PL*NT/SCH*2018 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5344 |

CLAIM RECORDS

| | | |
|---|---|---|
| **MARIO HANYON ESQ** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| BROCK & SCOTT PLLC | Court Claim Number: | ACCOUNT NO.: |
| 302 FELLOWSHIP RD STE 130 | CLAIM: 0.00 | |
| MT LAUREL, NJ 08054 | COMMENT: WELLS FARGO BANK/PRAE | |
| **ALBERT GALLATIN ASD & FAIRCHANCE BORO** | (Trustee Claim Number:32  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| C/O SWRTB - DLNQ YRS* | Court Claim Number: | ACCOUNT NO.: 5344 |
| ONE CENTENNIAL WAY | CLAIM: 2,559.34 | |
| SCOTTDALE, PA 15683 | COMMENT: $@0%/PL-CONF*2018;2020/PL | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 7317 | CLAIM: 4,312.33 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: $@0%/PL-CONF*2020/PL | |