| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Joseph S. Marton, Jr.<br>Kara S. Marton | Case Number:<br><br>2:2018-bk-22150 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ⎯ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **1462**  UCID: **WFCMGF1822150PAW53441462** | | ⎯ Check this box if the account number has changed. |
| 2.   Court Claim Number: **6** | | |
| 3.   Signature:<br><br>Check the appropriate box.<br>   X   I am the creditor.<br>       I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>       I am the trustee, or the debtor.<br>       I am a guarantor, surety, endorser, or other codebtor.<br><br>By:   /s/ Maun Michelle Mason          Date:  12/28/2021<br>         VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**  CASE NO.: 18-22150

**Joseph S. Marton, Jr.**  CHAPTER: 13

**Kara S. Marton**

    **Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before December 28, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Joseph S. Marton, Jr.
311 Sheldon Avenue
Fairchance, PA 15436


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Kara S. Marton
311 Sheldon Avenue
Fairchance, PA 15436


*Debtor's Attorney:*  *By CM / ECF Filing:*

Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401


*Trustee:*  *By CM / ECF Filing:*

*Trustee:*   Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)