IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  JOSEPH S. MARTON, JR.
  KARA S. MARTON
          Debtor(s)

Ronda J. Winnecour
          Movant
      vs.
No Repondents.

Case No.:18-22150 JAD

Chapter 13

Related to ECF No. 161

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 17th day of October, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
10/17/23 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22150-JAD |
| Joseph S. Marton, Jr. | Chapter 13 |
| Kara S. Marton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 17, 2023 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph S. Marton, Jr., Kara S. Marton, 311 Sheldon Avenue, Fairchance, PA 15436-1073 |
| 14854425 | + | Alb Gall ASD & Fairchance Bor c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14884578 | + | FAIRCHANCE BOROUGH/ALBERT GALLATIN SCHOOL DISTRICT, C/O SOUTHWEST REGIONAL TAX BUREAU, ONE CENTENNIAL WAY, SCOTTDALE, PA 15683-1741 |
| 14854434 | | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14854440 | | PNC Cardmember Services, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14854442 | | Simmons Bank, P.O. Box 84042, Columbus, GA 31908-4042 |
| 14858850 | + | Simmons Bank, PO Box 6609, Pine Bluff AR 71611-6609 |
| 14955385 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 18 2023 00:20:24 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14854426 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2023 00:14:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 14883878 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 18 2023 00:14:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14854427 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2023 00:07:54 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14854428 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 18 2023 00:20:37 | Capital One Auto Finance, 3905 North Dallas Parkway, Plano, TX 75093-7892 |
| 14859133 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 18 2023 00:08:58 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14881015 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2023 00:20:18 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14854431 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 00:20:29 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14854432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 00:20:31 | Citi Diamond Preferred Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15138599 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2023 00:14:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14854433 | | Email/Text: mrdiscen@discover.com | Oct 18 2023 00:14:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14859361 | | Email/Text: mrdiscen@discover.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2023 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 18 2023 00:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14854435 | | Email/Text: bankruptcy@huntington.com | Oct 18 2023 00:14:00 | Huntington National Bank, Bankruptcy Department, 2361 Morse Road--NC2W12, Columbus, OH 43229-5856 |
| 14854436 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 00:10:00 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14854429 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2023 00:20:29 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14854430 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2023 00:08:57 | Chase/Amazon.com, P.O. Box 15123, Wilmington, DE 19850-5298 |
| 14854443 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2023 00:20:23 | Slate/Chase, P.O. Box 15299, Wilmington, DE 19850-5299 |
| 14891142 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2023 00:20:29 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854437 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 00:20:37 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14854439 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2023 00:14:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14891199 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2023 00:14:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14855610 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 18 2023 00:20:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14854438 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 00:30:58 | Paypal Buyer Credit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14894607 | + | Email/Text: bncmail@w-legal.com | Oct 18 2023 00:14:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14854441 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 00:20:38 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14858992 | + | Email/Text: bankruptcy@huntington.com | Oct 18 2023 00:14:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14863967 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2023 00:08:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 14854444 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2023 00:20:38 | Wells Fargo Home Mortgage, Attn: Bankruptcy Mail, 3476 Stateview Road, Fort Mill, SC 29715-7203 |
| 14892547 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2023 00:20:29 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A. |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Oct 17, 2023 | Form ID: pdf900 | Total Noticed: 37

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Kara S. Marton lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Joseph S. Marton Jr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank N.A. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK N.A. mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8